UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-20147-LEIBOWITZ

UNITED STATES OF AMERICA

vs.

BEATRIZ TOLEDO,
    a/k/a "Betty Toledo,"
    a/k/a "Beatriz Sardinas,"

        Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Beatriz Toledo, a/k/a "Betty Toledo," a/k/a "Beatriz Sardinas," ("Toledo"), and her undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

For at least tax years 2017 through 2021, Toledo knowingly and willfully assisted in the preparation and submission to the Internal Revenue Service ("IRS") of false and fraudulent tax returns for thousands of clients. Toledo was the registered agent, owner, and sole tax preparer employed by the company Immigration and Tax Service Group LLC ("ITS") during this time. Toledo, on behalf of ITS, filed thousands of fraudulent tax returns improperly claiming the Residential Energy Credit (the "REC") through the filing of IRS Forms 5695. A tax credit increases the amount of a tax refund owed to a taxpayer or decreases the amount of income tax owed by a taxpayer, and the REC allowed taxpayers to claim a credit for qualified energy-saving expenses incurred as improvements to a residence.

For tax years 2017 through 2021, ITS prepared and submitted approximately 7,800 tax returns claiming the REC where the taxpayer had not made qualifying energy-saving expenses to their residences and were ineligible for the credit. During these tax years, ITS prepared and

submitted a total of approximately 11,270 tax returns. Toledo's submission of tax returns for ITS clients resulted in false and fraudulent claims for tax credits causing an underpayment of tax to the IRS of $20,759,160.

Each of ITS's tax returns were filed under the company's name, not Toledo's name, as the listed preparer. Toledo removed her name from her clients' tax returns because she was subject to a permanent injunction prohibiting her from preparing false tax returns. Specifically, on July 26, 2010, United States District Judge Marcia G. Cooke of the Southern District of Florida signed and entered a permanent injunction against Toledo, prohibiting her from, among other things, "preparing any part of a return, amended return, or claim for refund that includes an unreasonable position, including, without limitation, inflated claims for the deduction of business or employee expenses" and "assisting or aiding others to evade the payment of taxes or to prepare false or fraudulent federal income tax returns."

Law enforcement interviewed more than 10 individuals who had used ITS to prepare their tax returns for Tax Years 2017 through 2021. Each of those individuals indicated that Toledo had personally prepared their taxes and that they had communicated with her in person and by email. They all stated that they had never made any energy saving improvements on their residences and had never discussed the REC with Toledo or anyone else at ITS. Nevertheless, Toledo had filed tax returns on behalf of each of these taxpayers that included Form 5695 to obtain the REC. Each taxpayer ultimately received the REC for thousands, and in many cases, tens of thousands of dollars, for each year that ITS filed their tax returns. These individuals also told law enforcement that the large sales tax and business expense deductions taken on their returns prepared by ITS

were inconsistent with their actual finances and grossly overstated and that they had never spoken with Toledo or anyone else at ITS about large business expenses or sales tax payments.

Among the taxpayers whom Toledo prepared false tax returns for were P.S., A.G., and H.G. For tax year 2020, Toledo prepared and submitted an individual tax return for P.S. that claimed an REC of $10,726, a Schedule A sales tax deduction of $9,286, and a Schedule A deduction for other itemized expenses consisting of impairment-related work expenses of $12,450. However, P.S. did not make qualifying energy saving improvements on her residence in 2020 or any other year, did not make large commercial purchases that would have resulted in anywhere near that amount of sales tax, and did not suffer any impairment-related work expenses that year or any other year. Toledo knew that P.S. did not qualify for these tax credits and deductions when she prepared and submitted P.S.'s 2020 individual tax return.

For tax year 2020, Toledo prepared and submitted an individual tax return for A.G. that claimed an REC of $24,585, a Schedule A sales tax deduction of $12,375, and a Schedule A deduction for other itemized expenses consisting of impairment-related work expenses of $28,462. However, A.G. did not make qualifying energy saving improvements on his residence in 2020 or any other year, did not make large commercial purchases that would have resulted in anywhere near that amount of sales tax, and did not suffer any impairment-related work expenses that year or any other year. Toledo knew that A.G. did not qualify for these tax credits and deductions when she prepared and submitted A.G.'s 2020 individual tax return.

For tax year 2021, Toledo prepared and submitted an individual tax return for H.G. that claimed an REC of $24,588, a Schedule A sales tax deduction of $2,229, and a Schedule A deduction for other itemized expenses consisting of impairment-related work expenses of $28,636.

However, H.G. did not make qualifying energy saving improvements on his residence in 2020 or any other year, did not make large commercial purchases that would have resulted in anywhere near that amount of sales tax, and did not suffer any impairment-related work expenses that year or any other year. Toledo knew that H.G. did not qualify for these tax credits and deductions when she prepared and submitted H.G.'s 2020 individual tax return.

Law enforcement also interviewed three employees of ITS who worked there during the periods when returns for tax years 2017 through 2021 were prepared. They confirmed that Toledo was the sole tax preparer at ITS, that Toledo's son had no role at ITS, and that the other employees of ITS simply provided support roles such as client intake and data entry.

Law enforcement obtained the tax returns and bank records for Toledo and ITS. For tax years 2017 through 2021, ITS received approximately $7,092,439 in tax preparation fees that were removed directly from clients' refund checks. Toledo also falsely claimed the REC on her individual tax returns for tax years 2016 through 2018.

**[THIS SECTION IS LEFT INTENTIONALLY BLANK]**

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 12/9/24     By: _____
                      WILL J. ROSENZWEIG
                      ASSISTANT UNITED STATES ATTORNEY

Date: 11/21/24    By: _____
                      A. ANTONIO TOMAS, ESQ.
                      ATTORNEY FOR DEFENDANT

Date: 11/21/2024  By: _____
                      BEATRIZ TOLEDO
                      DEFENDANT